IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CHRIS C. DISHMON**                                                                                   **PLAINTIFF**

**VERSUS**                                                **CIVIL ACTION NO. 3:07-cv-758-HTW-LRA**

**UNKNOWN HUGHES, KIMBERLY COLE
AND UNKNOWN GUTHERIE**                                                            **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 29th day of May, 2008.

                                                    s/ HENRY T. WINGATE
                                                    CHIEF UNITED STATES DISTRICT JUDGE